

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-18-00555-CR

Avery B. **CRAWFORD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR0602
Honorable Jefferson Moore, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED November 20, 2019.

_____
Liza A. Rodriguez, Justice